[No. 12647-1-III.    Division Three.    June 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS D. LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 92-1-00020-4, John M. Lyden, J., entered July 27, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12664-1-III.    Division Three.    June 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENT A. WILLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 92-1-00021-2, John M. Lyden, J., entered July 27, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 15665-2-II.    Division Two.    June 8, 1994.]

IN SUK LUKER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-00547-5, Daniel J. Berschauer, J., entered December 19, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Sebring, J. Pro Tem.